**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus RIVERO–SANCHEZ, a.k.a.
Chino, Defendant–Appellant.**

**No. 09–11996
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 8, 2010.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Mfl, Tampa, FL, for Plaintiff–Appellee.

Donna Lee Elm, Howard C. Anderson, Tampa, FL, for Defendant–Appellant.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Jesus Rivero–Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rivero–Sanchez's conviction and sentence are **AFFIRMED.**